UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SAMUEL DWAYNE DAVIS, | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | 3:05-cv-424 |
| | ) | *Phillips* |
| | ) | |
| JACK MORGAN, Warden, | ) | |
| | ) | |
| *Respondent*. | ) | |

## JUDGMENT ORDER

For the reasons expressed in the memorandum filed herewith, respondent's motion to dismiss and/or for summary judgment is **GRANTED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

    s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT